IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA KIRCH on behalf of H.H.** : <br> Plaintiff, : <br> v. : <br> **DISTRICT OF COLUMBIA** : <br> Defendant. : <br> : | Case No 1:25-cv-01170-JMC |

### PROPOSED ORDER

Upon consideration of Plaintiff's Summary Judgment and Defendant's Cross-Motion, this Court GRANTS Plaintiff's Motion, DENIES Defendant's Motion, and finds that additional relief is warranted based on errors of law and fact in the underlying administrative decision.

As a result, this Court ORDERS the following:

Within 45 days of a final decision in this matter, Defendant District of Columbia shall reimburse Plaintiff for the following costs:

(a) the full costs associated with educating H.H. at Parkmont school for SY 23-24

(b) the full costs associated with tuition at Parkmont School for summer 2024, and

(c) the full costs associated with mental health therapy from Britt Rathbone.

Within 30 days of a final decision in this matter, (or any decision on remand), Plaintiffs' counsel may file a Motion for Attorneys' Fees and Costs with this Court.

_____
**The Honorable Judge Jia M. Cobb.**